BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7168
Email: jerome.mayer-cantu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00138 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER |
| MARKITA HARVEY, | ) |
| Defendant. | ) |

**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**

The defendant, Markita Harvey, is currently scheduled for a change of plea hearing on December 14, 2016. The parties were recently informed that date no longer fits the Court's schedule, and that the Court's next available date for this hearing is March 22, 2017. The parties hereby stipulate that the change of plea hearing should be rescheduled for March 22, 2017.

Moreover, the parties stipulate that failing to exclude the time between December 14, 2016, and March 22, 2017, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Also, the ends of justice served by excluding the time between December 14, 2016, and March 22, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: December 9, 2016.

Respectfully submitted,

*James P. Vaughns*
JAMES P. VAUGHNS
Attorney for Markita Harvey

*Jerome Mayer-Cantú*
JEROME MAYER-CANTÚ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: December 9, 2016.

HON. CHARLES R. BREYER
United States District Judge

1